**Joshua CURD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65940.**

Missouri Court of Appeals,
Western District.

Nov. 7, 2006.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Cecily L. Daller, Office of Attorney General, Jefferson City, for Respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Joshua Curd appeals the circuit court's judgment denying his Rule 24.035 motion without having been granted an evidentiary hearing. We affirm. Rule 84.16(b).

**Leonard PAYNE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66226.**

Missouri Court of Appeals,
Western District.

Nov. 7, 2006.

Melinda Kay Pendergraph, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Victor J. Melenbrink, Office of Attorney General, Jefferson City, for Respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Leonard Payne appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).